PEOPLE v. QUINN. (Supreme Court, Appellate Division, First Department. October 14, 1904.) Proceedings by the people of the

state of New York against Rose Quinn. No opinion. Motion denied, with leave to renew at the December term.